695 A.2d 781

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Peter D. DELANEY, Respondent.**

**No. 342 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

June 13, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 13th day of June, 1997, there having been filed with this Court by Peter D. Delaney his verified Statement of Resignation dated May 15, 1997, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Peter D. Delaney be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.